UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

ROBERT L. ALLEN,

                Debtor.         CASE NO. 9:11-bk-02524-ALP
_____/

**DEBTOR VERIFIED MOTION FOR AUTHORIZATION TO ENTER LOAN MODIFICATION ON HOMESTEAD PROPERTY AND REQUEST FOR ATTORNEY'S FEES**

COME NOW the Debtor, Robert L. Allen, by and through his undersigned attorney, and hereby moves the Court for an Order granting authorization to the Debtor to enter into a loan modification on his homestead property pursuant to 11 U.S.C. §105, and in support thereof states as follows:

1. The Debtor filed his Petition commencing this Chapter 13 case on February 15, 2011, seeking the fundamental protections of the Bankruptcy Laws and Rules.

2. On Schedule A of the Debtor's Bankruptcy Schedules, the Debtor lists his ownership interest in his homestead real estate; specifically, 10172 Regent Circle, Naples, FL 34109.

3. On Schedule C of the Debtor's Bankruptcy Schedules, the above referenced property is claimed as exempt pursuant to Article X, Section 4 of the Florida Constitution.

4. The Debtor's Chapter 13 Plan contemplates direct payment of the Debtor's first mortgage obligation to Citimortgage, Inc.

5. The Debtor has contacted Citimortgage, Inc., regarding amending the terms of his Note and Mortgage to allow for the Debtor to modify his mortgage to lower his monthly payments, and therewith ensure the feasability of his Chapter 13 plan.

6. Citimortgage, Inc., refuses to move forward with the proposed modification/refinancing absent an Order of the Bankruptcy Court granting such permission.

7. The Debtor represents that proposed loan modification does not affect the estate adversely, nor does it hinder the administration of the estate.

8. Debtor's counsel requests $275.00 for fees and costs associated with the prosecution of this Motion to be paid through the Chapter 13 Plan. Per direction of the Court, counsel for the Debtor seeks Court approval for the fees paid in conjunction with this Motion.

WHEREFORE, the Debtor moves this Honorable Court for authorization, to modify the terms of his Note and Mortgage against 10172 Regent Circle, Naples, FL 34109, and for such other and further relief that this Court deems meet and just.

I, Robert L. Allen, being duly sworn on oath, certify that the foregoing is true and accurate to the best of his knowledge and belief.

FURTHER AFFIANT SAITH NOT.

_____
Robert L. Allen

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 and Jon M. Waage, Chapter 13 Trustee, P.O. Box 25001 Bradenton, FL 34206-5001, and Citimortgage, Inc. P.O. Box 689196, Des Moines, IA 50368-9196, by first class U. S. Mail, postage fully prepaid, or by electronic notice, this __16__ day of __May__, 2011.

MILLER AND HOLLANDER
Attorneys for Debtor
2430 Shadowlawn Drive, Suite 18
Naples, FL  34112
Telephone (239) 775-2000
Facsimile (239) 775-7953

By: _____
Gregory A. Champeau
Florida Bar No. 0602531